FILED

JAN 10 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Name: Shelley W. Martin
Prison Number: 33742-037
Address or Place of Confinement: USP Atwater, P.O. Box 019001, Atwater CA 95301

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

Full Name (First, Middle, Last): Shelley Wayne Martin

Petitioner,

vs.

Name of Warden: Trate, Warden
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 1:22-CV-00039-HBK-(HC)
(to be supplied by the Clerk of the United States District Court)

PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY

---

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. ___✓__ prison discipline
5. _____ a parole problem
6. _____ other

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

RECEIVED
JAN 10 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

---

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

Page 1 of 5

**PETITION**

(1) Place of detention: U.S.P. Atwater

(2) Name and location of court which imposed sentence: U.S. Dist. Court for Northern Dist. of Maryland, BAltimore

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed: 18 USC 1962(D) and 21 USC-841

(4) The date the sentence was imposed and the terms of the sentence: March 2009 sentence of 400 months

(5) What was your plea (check one):   Not guilty (✓)   Guilty ( )   Nolo contendere ( )

(6) Kind of trial (check one):   Jury (✓)   Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes (✓)   No ( )

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: U.S. Appeals Court of Appeals (4th Cir)
Grounds raised (list each):
1) erred in sentencing by employing preponderance of evidence
2) erred by failing to instruct the jury
Result/Date of result: affirmed, June 15 2011

SECOND APPEAL:
Name of court: Supreme Court
Grounds raised (list each):
1) erred in sentencing by employing preponderance of evidence
2) erred by failing to instruct the jury
Result/Date of result: cert denied, October 11 2011

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

CAUTION:   If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

Page 2 of 5

→ GROUND ONE Due process violation

2682310, 268302, ~~illegible~~

Incident report # 2391648, 2484847, 2247568

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts, not conclusions,* in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

Violation of Wolff v. McDonnell 418 US 539. A written statement of the reason for being found guilty was never given to present appeal process.

~~illegible struck-through text~~

→ GROUND TWO      Due Process Violation

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

The Agency, specifically USP Atwater and FCI S is fabrication of D.H.O reports, written statements, not signinged D.H.O reports of delivery time and date and signature of receiving report violate due process. No appeal can be filed without report

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes ( )   No (✓)   If your answer is no, explain why not: Exhaustion may be excused if the actions of agency unabigously violate statutory or constitutional rights

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL    Level of appeal: N/A
Grounds raised (list each):
   1) N/A
   2) N/A
Result/Date of result: N/A

SECOND ADMINISTRATIVE APPEAL    Level of appeal: N/A
Grounds raised (list each):
   1) N/A
   2) N/A
Result/Date of result: N/A

THIRD ADMINISTRATIVE APPEAL    Level of appeal: N/A
Grounds raised (list each):

      1)    N/A
      2)    N/A
Result/Date of result: N/A

FOURTH ADMINISTRATIVE APPEAL    Level of appeal: _____
Grounds raised (list each):
      1)    N/A
      2)    N/A
Result/Date of result: N/A

(11)    Is the grievance process completed?    Yes ( )    No (✓)

## PREVIOUS PETITIONS

(12)    Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

    Yes ( )    No (✓)

(13)    If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court: N/A
Nature of proceeding: N/A
Grounds raised (list each):
      1)    N/A
      2)    N/A
Result/Date of result: N/A

SECOND PREVIOUS PETITION
Name of court: N/A
Nature of proceeding: N/A
Grounds raised (list each):
      1)    N/A
      2)    N/A
Result/Date of result: N/A

(14)    If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
28 USC 2255 are not the proper vehicle to bring issue concerning prison conditions, even if the claim effect one sentence such as reductions of good time

(15)    Are you presently represented by counsel?

Yes ( )          No (✓)

If so, provide your attorney's name, address, and telephone number:
_____N/A_____
_____

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes ( )          No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding. expungement of incedent report 2682310, 268302, ~~2682000~~ 2391648, 2484847, ~~2247568~~ restoration of good time credits

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

1~~6~~-2~~8~~-2022                    Schy Martin
(Date)                               (Signature of Petitioner)

_____
(Signature of Attorney, if any)

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

# Memorandom of Facts
## To
## Support Due Process Violation

### Argument

Petitioner claims that the practice of the Agency violate his due process in regards to inmate discipline. Petitioner also asserts "That a failure to exhaust may be excused if, inter alia, The action of the agenecy clearly and unambiguously violate a statutory or constitutional right."

### Supporting Facts

Petitioner claims that the practice of the agenecy violate due process, because due process requires that a prisoner receives a written statement of evidence relied on and the reasons for the D.H.O officers disciplinary action (see Wolf v. McDonnell 418 US 539 564-65. (1974) Petitioner argues that the agenecy never delivers D.H.O reports. Thus preventing the inmate

1 of 2

appealing the decision. An inmate must first receive D.H.O report prior to appeal process.

The D.H.O officer may or may not write report, but until inmate "receives" the report he may not appeal, nor is due process met.

The agency continues to violate due process to instant and previous offenses.

### Request for Relief

Petitioner request that all specified incident reports, be expunged and All good conduct time be restored. In addition to all other relief this court deems just

Shelley Martin